■ In the Matter of JAMES PECCHIONI, Respondent, v SUSAN M. CUSMA, Appellant. [987 NYS2d 875]—In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Westchester County (Greenwald, J.), dated January 16, 2013, which, without a hearing, granted the father's petition to modify the custody provisions of a stipulation of settlement dated November 11, 1997, which was incorporated but not merged into the parties' judgment of divorce dated March 27, 2000, so as to award him sole physical and legal custody of the subject child.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

Since the subject child is now over 18 years of age, he is no longer subject to the order appealed from (*see Matter of Cahill v Zakian*, 71 AD3d 765, 765 [2010]; *Matter of Merando v Vantassel*, 66 AD3d 783, 784 [2009]; *Belsky v Belsky*, 172 AD2d 576, 576 [1991]; *see also Matter of Fortunato v Murray*, 91 AD3d 947, 948 [2012]). Accordingly, the appeal must be dismissed as academic. Dillon, J.P., Dickerson, Austin and Sgroi, JJ., concur.